In the Matter of the Claim of HARRY B. BLOCK against READY FROEHLICH, INC., et al., Respondents. STATE INDUSTRIAL BOARD, Appellant.

(Argued April 17, 1934; decided April 27, 1934.)

*John J. Bennett, Jr., Attorney-General (Henry Epstein* and *John R. O'Hanlon* of counsel), for appellant.

*Irvin A. Snyder* for respondents.

Appeal dismissed, with costs; no opinion.

Concur: POUND, Ch. J., CRANE, LEHMAN, O'BRIEN, HUBBS and CROUCH, JJ. Not sitting: KELLOGG, J.